UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBIN A. RELPH, : Case No. 3:14-cv-309
:
    Plaintiff, :
: District Judge Walter Herbert Rice
vs. :
: Chief Magistrate Judge Sharon L. Ovington
:
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant. :

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. 15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 15, 2015 (Doc. 15) is ADOPTED in full;

2. The Commissioner's non-disability decision dated November 8, 2013 is VACATED;

3. Plaintiff Robin A. Relph's application for a period of disability and disability insurance benefits, protectively filed on October 7, 2011, is REMANDED to the Social Security Administration for an AWARD of benefits for a closed period of disability beginning March 29, 2011 and continuing until September 12, 2012, or later;

4. This case is REMANDED for further proceedings to determine whether Plaintiff is entitled to an additional period of disability, consistent with this Decision and

Entry, the Report and Recommendations, and the Social Security Act; and

5. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1-6-15

Walter Herbert Rice
United States District Judge